00-3987-CIV-WJZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EAST EVERGLADES

GROUP 11 (PINK) Cases As Follows:

FILED by ___ D.C.
JUL 16 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

| | |
|---|---|
| 1.38 Acres of Land and Homer E. Schmucker,, et al. | 96-2127-CIV-ZLOCH/Dubé<br>Tract No. 563-21 |
| 1.52 Acres of Land and Venacio Ruben Yanenz, et al. | 99-2415-CIV-ZLOCH/Dubé<br>Tract No. 240-08 |
| 1.25 Acres of Land and Graciliano Roman Rivera, et al. | 99-2884-CIV-ZLOCH/Dubé<br>Tract No. 240-20 |
| 2.00 Acres of Land and Ridelmo Gonzales, et al. | 99-3113-CIV-ZLOCH/Dubé<br>Tract No. 240-12 |
| 1.25 Acres of Land and Joseph Amoroso, et al. | 00-0218-CIV-ZLOCH/Dubé<br>Tract No. 239-17 |
| 1.25 Acres of Land and Gladys W. Riney, et al. | 00-0266-CIV-ZLOCH/Dubé<br>Tract No. 237-13 |
| 1.22 Acres of Land and William C. Melton, et al. | 00-0273-CIV-ZLOCH/Dubé<br>Tract No. 229-12 |
| 1.25 Acres of Land and Joseph T. Koehler, et al. | 00-0557-CIV-ZLOCH/Dubé<br>Tract No. 237-37 |
| 1.59 Acres of Land and Pedro E. Santaya, et al. | 00-0602-CIV-ZLOCH/Dubé<br>Tract No. 121-18 |
| 1.59 Acres of Land and Ramon Medina, et al. | 00-0852-CIV-ZLOCH/Dubé<br>Tract No. 121-33 |

35/HH

| | |
|---|---|
| 1.59 Acres of Land and Maximo F. Corzo, et al. | 00-1036-CIV-ZLOCH/Dubé<br>Tract No. 121-30 |
| 1.59 Acres of Land and Pedro A. Corzo, et al. | 00-1062-CIV-ZLOCH/Dubé<br>Tract No. 121-29 |
| 1.59 Acres of Land and Manuel Gracia Garcia, et al. | 00-1239-CIV-ZLOCH/Dubé<br>Tract No. 121-19 |
| 1.25 Acres of Land and Virgil Horst, et al. | 00-1241-CIV-ZLOCH/Dubé<br>Tract No. 252-30 |
| 1.59 Acres of Land and Pedro E. Diaz, et al. | 00-1246-CIV-ZLOCH/Dubé<br>Tract No. 117-52 |
| 1.25 Acres of Land and Gladys Balleste, et al. | 00-1557-CIV-ZLOCH/Dubé<br>Tract No. 252-05 |
| 1.59 Acres of Land and Obdulio R. Corzo, et al. | 00-1560-CIV-ZLOCH/Dubé<br>Tract No. 121-32 |
| 6.50 Acres of Land and Authorine A. Deer, et al. | 00-1617-CIV-ZLOCH/Dubé<br>Tract No. 252-41 |
| 1.25 Acres of Land and Juanita Garfield, et al. | 00-2117-CIV-ZLOCH/Dubé<br>Tract No. 252-19 |
| 1.67 Acres of Land and Marcella Hagstrom, et al. | 00-2156-CIV-ZLOCH/Dubé<br>Tract No. 238-25 |
| 1.40 Acres of Land and Gerardo Gonzalez, et al. | 00-2476-CIV-ZLOCH/Dubé<br>Tract No. 141-12 |
| 1.25 Acres of Land and Nancy L. Reardon, et al. | 00-2847-CIV-ZLOCH/Dubé<br>Tract No. 222-27 |
| 2.50 Acres of Land and Orlando Dominguez, et al. | 00-2865-CIV-ZLOCH/Dubé<br>Tract No. 143-14 |
| 2.50 Acres of Land and Raymond Hamm, et al. | 00-2900-CIV-ZLOCH/Dubé<br>Tract No. 241-17 |

| | |
|---|---|
| 1.25 Acres of Land and Terry V. Fulcher, et al. | 00-3341-CIV-ZLOCH/Dubé<br>Tract No. 203-44 |
| 20.00 Acres of Land and Seymour R. Wasserberger, et al. | 00-3415-CIV-ZLOCH/Dubé<br>Tract No. 556-07 |
| 1.59 Acres of Land and Julio Echemendia, et al. | 00-3632-CIV-ZLOCH/Dubé<br>Tract No. 121-06 |
| 2.50 Acres of Land and Celia Gelabert, et al. | 00-3844-CIV-ZLOCH/Dubé<br>Tract No. 142-15 |
| 12.73 Acres of Land and Chafic Chapur Bardauil, et al. | 00-3987-CIV-ZLOCH/Dubé<br>Tract No. 120-38 |
| 2.50 Acres of Land and Alfonso C. Fernandez, et al. | 00-4254-CIV-ZLOCH/Dubé<br>Tract No. 142-27 |
| 1.14 Acres of Land and J.H. Farinas, et al. | 00-4693-CIV-ZLOCH/Dubé<br>Tract No. 208-39 |

Defendants.

_____/

## JUDGMENT DETERMINING JUST COMPENSATION
## AND ORDER FOR DISBURSEMENT OF FUNDS

These causes came on for a hearing held before a duly appointed Land Commission on November 15, 2001, to determine just compensation for the property interests taken. The Commission filed its Report of Land Commissioners with the Clerk of the Court on December 18, 2001, recommending awards to said defendant landowners as just compensation. The Court hereby accepts the Report and findings of the Land Commission.

It is hereby ORDERED AND ADJUDGED that the Report of Land Commissioners filed herein on December 18, 2001, covering the tracts set forth in the chart attached hereto, is hereby

confirmed and approved and that the Commission's findings of fact are hereby adopted as the findings and conclusions of this Court.

That judgments be and hereby are entered in favor of the parties listed in the chart attached hereto and made a part hereof, and in the sums designated therein against the United States of America.

Said sums shall be full and just compensation and in full satisfaction of any and all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and taking of the said property interest and all appurtenances thereunto belonging.

The said sums shall be subject to all real estate taxes, liens and encumbrances of whatsoever nature existing against the said property at the time of vesting title in the United States. Encumbrances and charges of whatsoever nature shall be payable and deductible from the said sum.

## PROCEDURE FOR DISBURSEMENT

The Clerk of the Court is hereby ordered to disburse the said sums together with any interest accrued to the parties entitled thereto upon application to this Court and without further order of this Court, unless the United States files an objection within 10 days. **A form for Application for Withdrawal of Funds is attached to this Order.** In the event that said sums together with any interest remain unclaimed for a period of at least five years from the date of this Order, the Clerk of the Court, pursuant to 28 U.S.C. § 2042, is ordered to cause said sums, together with any interest accrued thereon, to be deposited in the U.S. Treasury in the name and

4

to the credit of the United States of America in trust for the use and benefit of any persons entitled thereto.

**DONE AND ORDERED** in Chambers, in Fort Lauderdale, Florida, this 18th day of JUNE, 2004.

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE

cc: AUSA Norman O. Hemming, III
Clerk's Financial Office
Homer E. Schmucker
Venacio Ruben Yanenz
JEMAR Land Developer, Inc.
Mayor's Jewelers, Inc.
Graciliano Roman Rivera
The Walt Disney Company, et al.
Nationsbank, N.A.
Southern Bell Telephone and Telegraph Co.
IRS, Area Director, Area 5
Ridelmo Gonzales
American Express Company
Lisa and Barry Yarchin P.A.
First Union National Bank
Fidelity & Casualty Company
Montgomery Ward & Co., Incorporated
Health Foundation Support Services
Joseph Amoroso
Gladys W. Riney
William C. Melton
Ms. Virginia Melton
Lisa Hurtgen - Richards
Hughes Supply, Inc.
Joseph T. Koehler
Jeanette Tavormina, Trustee
Corporation Trust Company
State of Florida, Dept. of Revenue
Pedro E. Santaya
City of Miami Beach

Ramon Medina
First Deposit National Bank
MW & Co., Inc.
Eastern Financial Credit Union
Maximo F. Corzo
Encarnacion Corzo
TCI of South Florida
Affiliated Business Solutions, Inc.
Pedro A. Corzo
Menelia Corzo
Manuel Gracia Garcia
Ford Motor Credit Company
Union Planters Bank of FLORIDA
Kendall Regional Medical Center, Inc.
Bank of America
Barnett Technologies, Inc.
Transouth Financial Corporation
Allstate Ins. Company
Union American Ins. Company
Pennsylvania Nat. Mutual Casualty Ins.
State Farm Mutual Auto Ins.
Citifinancial, Inc.
Juan Pino
Triad Systems Financial Corp.
Electric Insurance Company
World Fashion Footwear
City of Coral Gables
South Florida Pediatrics
Central Concrete Supermix Inc.
Union of Miami
Judith Garcia
South Miami Hospital
Republic National Bank of Miami
Pineview Apartments, Inc.
Transmedia Network, Inc.
Ocean Bank
Greenwood Trust Co.
Northern Trust
American General Finance
Hamilton Bank
Health Foundation Support Services
Associates Financial Services Company
Household Finance

Amoco Oil Co.
Magic Chef, Inc.
Montgomery Ward & Company
Transmedia Network Inc.
Amber Investment Company
Seymour R. Wasserberger
Virgil Horst
Pedro E. Diaz
Jules Bagdan
State Farm Mutual Auto
Cedars Healthcare Group
Gladys Balleste
Aristide Sans
William Tereszczuk and Rose E. Tereszczuk
City of Opa-Locka
Obdulio R. Corzo
Robert A. Ross, M.D.
Authorine A. Deer
General Electric Capital Corporation
Juanita Garfield
J.H. Farinas
Marcella Hagstrom
Ethel Pierce
Gerardo Gonzalez
National Collectors & Liquidators
Southeast Services, Inc. of Florida
Leasecomm Corporation
Karhak Corporation
John P. Barbee
Nancy L. Reardon
Orlando Dominguez
J.S.M Holding Corp., Inc.
Terry V. Fulcher
Madeline Superstein
Julio Echemendia
Raymond Hamm
Pauline Hamm
Celia Gelabert
Alfonso C. Fernandez
Chafic Chapur Bardauil
July Chapur Zahoul
Jose Chapur Zahoul
Maria Chapur Zahoul

Jeff Tucker
Roberto Chapur Zahoul
Upton's Inc.
Thomas Goldstein, Esquire

| Civil Number | Tract | Owner's Name | Value |
|---|---|---|---|
| 96-2127 | 563-21 | Homer E. Schmucker | $700.00 |
| 99-2415 | 240-08 | Venacio Ruben Yanenz | $800.00 |
| 99-2884 | 240-20 | Graciliano Roman Rivera | $600.00 |
| 99-3113 | 240-12 | Ridelmo Gonzales | $1,000.00 |
| 00-0218 | 239-17 | Joseph Amoroso | $600.00 |
| 00-0266 | 237-13 | Ralph & Gladys W. Riney | $600.00 |
| 00-0273 | 229-12 | William C. & Virginia M. Melton | $600.00 |
| 00-0557 | 237-37 | Joseph T. Koehler | $600.00 |
| 00-0602 | 121-18 | Pedro E. Santaya | $800.00 |
| 00-0852 | 121-33 | Ramon Medina | $800.00 |
| 00-1036 | 121-30 | Maximo F. Corzo | $800.00 |
| 00-1062 | 121-29 | Pedro A. Corzo | $800.00 |
| 00-1239 | 121-19 | Manuel Garcia Garcia | $800.00 |
| 00-1241 | 252-30 | Virgil Horst | $600.00 |
| 00-1246 | 117-52 | Pedro E. Diaz | $800.00 |
| 00-1557 | 252-05 | Gladys Balleste | $600.00 |
| 00-1560 | 121-32 | Obdulio R. Corzo | $800.00 |
| 00-1617 | 252-41 | Authorine Deer | $2,900.00 |
| 00-2117 | 252-19 | Juanita Garfield | $600.00 |
| 00-2156 | 238-25 | Marcella Hagstrom | $800.00 |
| 00-2476 | 141-12 | Gerardo Gonzalez | $700.00 |
| 00-2847 | 222-27 | Nancy L. Reardon | $600.00 |
| 00-2865 | 143-14 | Orlando Dominguez | $1,300.00 |
| 00-2900 | 241-17 | Raymond Hamm | $1,300.00 |
| 00-3341 | 203-44 | Terry V. Fulcher | $600.00 |
| 00-3415 | 556-07 | Seymour R. Wasserberger | $8,000.00 |

| 00-3632 | 121-06 | Julio Echemendia | $800.00 |
| 00-3844 | 142-15 | Celia Gelabert | $1,300.00 |
| 00-3987 | 120-38 | Chafic Chapur Bardauil | $5,700.00 |
| 00-4254 | 142-27 | Alfonso C. Fernandez | $1,300.00 |
| 00-4693 | 208-39 | J.H. Farinas | $600.00 |

## INSTRUCTIONS FOR COMPLETING

## APPLICATION FOR WITHDRAWAL OF FUNDS

(1) Landowner shall *fill in* this Application.

(2) Landowner's signature shall be *notarized*.

(3) A W-9 form has been enclosed for your convenience. This form is required by the Court's Financial Department, but *shall not* be filed as part of the Court record.

(4) The completed application, along with the W-9 form, shall be *returned to*:

Judge Robert L. Dubé
United States District Court
Southern District of Florida
300 NE 1st Avenue, Room 112
Miami, FL 33132

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____-CIV-ZLOCH/DUBÉ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    TRACT NO. _____
    (EAST EVERGLADES)

_____ ACRES OF LAND, MORE OR LESS,
IN THE COUNTY OF DADE, STATE OF
FLORIDA, et al.,

    Defendants.
_____/

## APPLICATION FOR WITHDRAWAL OF FUNDS

(1) Name of Applicant: _____
                                 (Landowner Seeking Funds)

(2) Date of Judgment: _____

(3) Sum Awarded by Judgment: _____

    Applicant, _____, states as follows:
                       (Landowner Seeking Funds)

(a) the fee simple title to the subject property was good according to the records of the Applicant who is entitled to the said sum; and

(b) Applicant warrants that he/she has the exclusive right to the balance of the compensation herein after payment of taxes plus the interest earned on said balance and that no other party is entitled to the same or any part thereof by reason of any unrecorded agreement.

(c) Applicant agrees that he/she will hold the United States of America and this Honorable Court harmless from any claims made by parties having liens or encumbrances, or other parties who

may have been entitled to the said compensation or any party thereof by reason of any unrecorded agreement.

Signature of Applicant:_____

Name of Applicant:_____

Address of Applicant:_____

_____

Telephone No.:_____

I, _____, being first duly sworn on oath depose and say that I have
(Landowner Seeking Funds)

read the foregoing and attached Application for Withdrawal of Funds subscribed by me and know the contents thereof; that the matters therein upon my personal knowledge are true and those stated upon information and belief I believe to be true.

Signature of Applicant:_____

Name of Applicant:_____

Address of Applicant:_____

_____

Sworn to and Subscribed before me this _____ day of _____, 2004.
( ) Personally Known to Me, or;
( ) Produced ID                              _____;

_____
NOTARY PUBLIC/Signature

2